Michael Patrick Rooney (SBN. 248491)
MICHAEL ROONEY LAW OFFICE
580 California St. Fl. 16
San Francisco, CA  94104
Tel: (415) 533-0282
Fax: (415) 704-3321

Attorney for Plaintiff
ROBERT FRENCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRENCH, <br><br> Plaintiff, <br><br> v. <br><br> GREENPOINT MORTGAGE FUNDING, INC., BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GMAC MORTGAGE, TRITON FUNDING, INC., and DOES 1-100, <br><br> Defendants. | CASE NO.: 4:09-CV-05726-PJH <br><br> **PLAINTIFF ROBERT FRENCH'S NOTICE TO DISMISS ALL FEDERAL CLAIMS** <br><br><br> Department: 1301 Clay Street, Suite 400 S <br> Oakland, CA 94612 <br> Courtroom 3, 3rd Floor <br> Judge: Hon. Phyllis J. Hamilton |

Plaintiff ROBERT FRENCH ("Plaintiff") hereby provides notice to the Court and all parties that Plaintiff hereby dismisses all federal claims in the Complaint, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(2).

The specific claims being dismissed are:

1. The seventh cause of action for violating the Real Estate Settlement Procedures Act ("RESPA").  See Compl. ¶¶108 – 116;

1

**PLAINTIFF ROBERT FRENCH'S NOTICE TO DISMISS ALL FEDERAL CLAIMS**

MICHAEL ROONEY LAW OFFICE
580 California Street Fl. 16
San Francisco, CA 94104

2. The eleventh cause of action for violating the Truth in Lending Act ("TILA"). See Compl. ¶¶141 – 146; and

3. The fourteenth cause of action for violating the Federal Fair Debt Collection Practices under 15 USC 69(2) *et seq.*. See Compl. ¶¶154 -157.

Dated: December 31, 2009                    Respectfully submitted,

By: _____/S/_____
Michael Patrick Rooney, Esq.
Attorney for Plaintiff ROBERT FRENCH

1/11/10



**PLAINTIFF ROBERT FRENCH'S NOTICE TO DISMISS ALL FEDERAL CLAIMS**