UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT FRENCH,

    Plaintiff,

    v.

GREENPOINT MORTGAGE FUNDING, et al.,

    Defendants.

_____/

No. C 09-5726 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' motions to dismiss and motion to strike, which was previously set for February 3, 2010, at 9:00 a.m., has been CONTINUED to February 24, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612. The motions to dismiss and to strike will be heard in conjunction with plaintiff's pending motion to remand the complaint, already scheduled for hearing on February 24 at 9:00 a.m.

Please note, however, that the original briefing schedule shall remain in effect with respect to all foregoing motions.

**IT IS SO ORDERED**.

Dated: January 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge